UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JOSHUA ADAMS,

Case No. 24-cv-04467-ARR-TAM

Plaintiff,

-against-

**NOTICE OF SETTLEMENT**

196-197 FRANKLIN STREET LLC and
FRANKLIN ST FOOD & DRIINK, LLC,

Defendants.
-----------------------------------------------------------------------X

Please take notice that the parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon the completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

Dated: September 27, 2024
New York, New York

**HELBRAUN & LEVEY LLP**

By: *Tyler H. Morris, Esq.*________
Tyler H. Morris, Esq. (TM0999)
Hamutal G. Lieberman, Esq. (HG9798)
40 Fulton Street, 28th Floor
New York, New York 10038
(212) 219-1193
tyler.morris@helbraunlevey.com
hamutal.lieberman@helbraunlevey.com