**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joshua Adams<br>Plaintiff,<br>v.<br><br>95-197 Franklin Street LLC and<br>Franklin St Food and Drinl LLC<br>Defendants. | **24-cv-4467 (ARR)** |

**NOTICE OF VOLUNTARY DISMISSAL AGAINST ALL DEENDANTS**

Pursuant to F.R.C.P 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants.

Dated: New York, New York

November 15, 2024

/s/ Jennifer E. Tucek
Law Office of Jennifer E. Tucek, PC
Bar No. JT2817
614 Lexington Avenue, 15th Floor
New York, NY 10022
(917) 669-6991
TucekLaw@Gmail.com
*Attorney for the Plaintiff*

So Ordered,

/s/(ARR)

Allyne R. Ross, U.S.D.J.
11/18/2024